**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| STRIKE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-20-712 |
| | § | |
| GW RIDGE, LLC, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Strike, LLC's motion to remand, (Docket Entry No. 3), is granted. As the court explained in detail on the record at the March 6, 2020, hearing, there is no basis in the record to find diversity jurisdiction. The defendants have alleged no other ground for federal jurisdiction and have not met their burden to demonstrate jurisdiction upon removal. *See Mumfrey v. CVS Pharm., Inc.*, 719 F.3d 392, 397 (5th Cir. 2013). The case is remanded to the 284th Judicial District Court of Montgomery County, Texas.

Strike's emergency motion to extend the state court temporary restraining order pending this court's decision on the motion to remand, (Docket Entry No. 5), is denied as moot. Whether to extend the temporary restraining order or grant other relief is for the state court to decide.

SIGNED on March 6, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge